EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Juan A. Pizá Ramos | 2020 TSPR 120 205 DPR \_\_\_\_\_ |

Número del Caso:  TS-11,801

Fecha:  7 de octubre de 2020

Abogado de la parte peticionaria:

　　　Por derecho propio

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Juan A. Pizá Ramos

TS-11,801

RESOLUCIÓN

San Juan, Puerto Rico, a 7 de octubre de 2020.

Examinada la *Solicitud de reinstalación a la profesión de la abogacía,* presentada por el Sr. Juan A. Pizá Ramos, se ordena la reinstalación de éste al ejercicio de la abogacía.

Se le ordena a la Secretaría de este Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo